## On the Application of Isaac K. Klepper for a Writ of *Habeas Corpus.*

A petition for a writ of *habeas corpus* should set out the evidence given to support the commitment. The court will otherwise presume in favor of the conduct of the committing officer.

KLEPPER presented his petition to the court, founded upon his own affidavit, setting forth, that he had been committed to the Adams county jail, on a charge of murder, and that bail had been refused him. Also, that the facts showed, that the offense was not murder, but one of less magnitude, and that he should be released on bail; and his counsel supported the petition, by an affidavit, stating that, in his opinion, the evidence was insufficient to warrant a committal without bail.

GRIMSHAW & WILLIAMS, for Petitioner.

*Per Curiam.* This petition does not state the evidence adduced before the examining officer, but rests only on the affidavit of the petitioner and his counsel. We are bound to suppose, that the committing officer acted properly upon the evidence submitted, and shall sustain his proceeding—preferring to rely upon the presumptions in favor of the conduct of the committing officer, rather than take the opinions of the accused or his counsel.

A petition of this character should set forth the evidence, so that the court may act advisedly, before such a writ is granted.

*Petition denied.*